■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD LYNCH, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered December 15, 1977, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606.) Hopkins, J.P., Titone, Rabin and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL McCLATCHIE, Appellant. — Judgment of the Supreme Court, Kings County, rendered July 14, 1978, affirmed (see *People v Crimmins,* 36 NY2d 230, 242). Hopkins, J.P., Lazer, Gibbons and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFORD PATTERSON, Appellant. — Judgment of the Supreme Court, Queens County, rendered June 2, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J.P., Lazer, Cohalan and Thompson, JJ., concur.